VIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN M. NEPTUNE, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 10-cv-2938 |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this 16th day of September, 2013, **IT IS HEREBY ORDERED**:

1. Upon careful consideration of Defendant's motion for summary judgment (Doc. 21), Plaintiff's response (Doc. 22) and Defendant's reply (Doc. 25), Defendant Sun Life's motion for summary judgment is **GRANTED**.

2. Upon careful consideration of Plaintiff's motion for summary judgment (Doc. 24) and Defendant's response (Doc. 26), Plaintiff Neptune's motion for summary judgment is **DENIED**.

*/s/ Petrese B. Tucker*

**Hon. Petrese B. Tucker, C.J.**